Exhibit 1

# Vionnette Johnson

**From:** Buchanan, Ryan (USAGAN) <Ryan.Buchanan@usdoj.gov>
**Sent:** Monday, March 25, 2019 11:41 AM
**To:** Vionnette Johnson
**Cc:** Brian Mendelsohn; Valerie Surasky
**Subject:** RE: Non sensitive discovery

Thanks. I'll review the letter and get back to you as quickly as I can.

Ryan K. Buchanan, Assistant U.S. Attorney
Deputy Chief, Violent Crime and National Security
O: (404) 581-6217
C: (404) 780-4871

---

**From:** Vionnette Johnson <Vionnette_Johnson@fd.org>
**Sent:** Monday, March 25, 2019 11:38 AM
**To:** Buchanan, Ryan (USAGAN) <RBuchanan@usa.doj.gov>
**Cc:** Brian Mendelsohn <Brian_Mendelsohn@fd.org>; Valerie Surasky <Valerie_Surasky@fd.org>
**Subject:** Non sensitive discovery

Hi Ryan:

My assistant will be sending you a formal discovery letter sometime today. In going thru my check list, however, there are a number of items that should not be considered "sensitive" and that could be produced at this time. Here is a list some materials that should be discoverable without the protective order.

1. Mr. Taheb's prior record.
2. Mr. Taheb's statements to law enforcement.
3. Reports of scientific tests or examinations.
4. Expert reports.
5. A list of all items seized, whether with or without a search warrant.
6. Materials created by Mr. Taheb, such as the document contained in the file that was named, in part, Ghurabah.
7. Photographs relating to the case, such as the photographs the government presented as evidence at the bond hearing.
8. Any documentation relating to Mr. Taheb's car or other items that may be involved in the case.
9. Any videos created or provided by Mr. Taheb.
10. Any documents created or provided by Mr. Taheb

This is just a starting point, but having this non-sensitive discovery will allow us to start our review of the case.

Thanks,

Vionnette

1