IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| | ) | |
| v. | ) | 1:19-cr-00036-MHC-JSA-1 |
| | ) | |
| HASHER JALLAL TAHEB | ) | |
| | ) | |

## MOTION TO SUPPRESS STATEMENTS

COMES NOW the Defendant, HASHER JALLAL TAHEB, by and through undersigned counsel, and moves this Court to hold a pretrial hearing to determine the voluntariness of any and all statements allegedly made by Mr. Taheb and to suppress those which are not found to be voluntary.

In order to use any statements attributed to defendant, the Government must first prove that the statements were made voluntarily and not in violation of Miranda. Jackson v. Denno, 378 U.S. 368, 376-377 (1964); Miranda v. Arizona, 384 U.S. 436-468, 69 (1966).

Separate and apart from compliance with the Miranda requirements, the government must also establish that a custodial defendant's statements were voluntary. United States v. Sims, 719 F.2d 375, 378 (11 Cir. 1983). Thus, even if the court finds compliance with Miranda, the court must still rule on the confession's

voluntariness. <u>Jackson v. Denno</u>, 378 U.S. 368, 376-77 (1964). A hearing is requested so that the Court can receive evidence on these issues.

WHEREFORE, Defendant respectfully requests that his motion be granted.

Dated: This 16th day of December, 2019.

Respectfully submitted,

/s/Vionnette Johnson
VIONNETTE JOHNSON
Georgia Bar No. 601290

BRIAN MENDELSOHN
Georgia Bar No. 502031

FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
Vionnette_Johnson@fd.org
Brian_Mendelsohn@fd.org

AKIL K. SECRET
Georgia Bar No.

THE SECRET FIRM, P.C.
P.O. Box 91028
1691 Phoenix Boulevard
Suite 390
Atlanta, GA 30364
404-524-5300
asecret@thesecretfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filing was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorney(s) of record.

Dated: This 16th  day of December, 2019.


/s/Vionnette Johnson
VIONNETTE JOHNSON
Georgia Bar No. 601290
Attorney for Mr. Taheb